THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Sarah Lena Mae Levi,<br>Defendant. | Case No. 20-CR-3371-JLS<br><br>**ORDER CONTINUING<br>MOTIONS HEARING AND<br>TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motions Hearing and Trial Setting scheduled for December 4, 2020 at 1:30 p.m. be continued to January 15, 2021 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by December 11, 2020.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded until January 15, 2021 in the interest of justice under 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.**

Dated:  December 2, 2020

Hon. Janis L. Sammartino
United States District Judge

20-CR-3371-JLS